# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

**Melissa Marie Martz**

              Debtor      /

**Melissa Marie Martz ,**
          Plaintiff,

v.

**Bank of America,**
          Defendant.
                                            /

Case: 11-55938
Chapter: 13
Judge: Shefferly

Adv. Pro. 11-05766-PJS

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on June 7, 2011 a copy of the SUMMONS AND COMPLAINT were served on the following parties either electronically or by depositing said copies in the U.S. mail, postage paid:

    Office of The President:
    Bank of America, NA
    Brian Moynihan
    Chairman, CEO & President
    101 S. Tryon St.
    NC1-002-29-01
    Charlotte, NC  28255

    ***Via Certified Mail

                                /S/ Amie Duffy
                                Amie Duffy
                                Marrs & Terry, PLLC
                                6553 Jackson Road
                                Ann Arbor, MI 48103
                                (734) 663-0555
                                marrsterry@yahoo.com